FILED
08 JAN 18 AM 10:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0145

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Robert Joseph PARREIRA**
**AKA: Robert PARREIRA**

Defendant.

Magistrate Case No.________

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-
Bringing in Illegal Alien(s)
Without Presentation

The undersigned complainant being duly sworn states:

On or about January 17, 2008, within the Southern District of California, defendant **Robert Joseph PARREIRA AKA: Robert PARREIRA**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Rocio CAMPOS-Saldivar, Esteban TOSCANO-Olivares, and Faustino GONZALEZ-Ramirez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **JANUARY 2008.**

UNITED STATES MAGISTRATE JUDGE

FAS

**Probable Cause Statement**

The complainant states that **Rocio CAMPOS-Saldivar, Esteban TOSCANO-Olivares, Antonio GONZALEZ-Ramirez and Faustino GONZALEZ-Ramirez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 17, 2008 at approximately 0425 hours, **Robert Joseph PARREIRA AKA: Robert PARREIRA (Defendant)** made application for admission into the United States from Mexico through the vehicle primary lanes at the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a Jeep Wrangler bearing California license plates. Defendant presented himself for inspection before a Customs and Border Protection (CBP) officer. Defendant presented a United States Passport bearing the name Vernon Iven Davis for himself. Defendant provided two negative customs declarations to the CBP officer. Upon questioning, Defendant stated he was en-route to San Diego, California. During a cursory inspection of the vehicle primary CBP officer discovered in the rear cargo area, persons covered with a piece of cloth. Defendant was escorted to the secondary office. The vehicle was subsequently driven into the secondary lot.

In secondary, four undocumented persons were removed from the rear cargo area of the vehicle. Three are now identified as Material Witnesses: **Rocio CAMPOS-Saldivar (MW1), Esteban TOSCANO-Olivares (MW2), and Faustino GONZALEZ-Ramirez (MW3)**, all citizens of Mexico without legal entitlement to enter the United States.

Defendant was advised of his Miranda Rights and agreed to submit to questioning without benefit of counsel. During a subsequent interview, Defendant admitted attempting to smuggle concealed persons into the United States. Defendant admitted an unknown female provided him with the United States Passport and the vehicle loaded with persons covered with a piece of cloth in the rear cargo area. Defendant stated that he was going to be paid $1000.00 (USD) for driving the vehicle into the United States.

Material Witnesses were interviewed separately and admitted they are citizens of Mexico without documentation to enter the United States. Material Witnesses admitted they made arrangements with unknown persons to be smuggled into the United States for an unknown amount. Material Witnesses admitted to being en-route to different parts of California to seek employment. MW1 admitted that the Defendant instructed her to get in the rear cargo area of the vehicle and covered her with a piece of cloth.