✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj0145

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBERTO JOSEPH PARREIRA

I certify that I am admitted to practice in this court.

1/22/2008
Date

/s/ ERICK L. GUZMAN
Signature

Erick L. Guzman/Federal Defenders of SD 244391
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number