**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br>vs.<br>Robert Joseph Parreira<br>Defendant(s) | CRIMINAL NO. 08mj145<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

RECEIVED 2008 FEB 1 A 8: 59 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Faustino Gonzalez-Romirez

DATED: 1/21/2008

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk